UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MATTHEW SKAMFER,

    Petitioner,

v.                                                Case No. 11-C-285

WANDA LARSON,

    Respondent.

## ORDER

Petitioner was ordered to show cause why his petition for habeas corpus under 28 U.S.C. § 2254 should not be dismissed as untimely. Petitioner has filed a response and an exhibit, but his filings do not suggest any reason that his current petition would be timely. Accordingly, the petition is **DISMISSED** as untimely under 28 U.S.C. § 2244(d). I further certify that reasonable jurists could not debate the outcome. A certificate of appealability is therefore **DENIED**.

**SO ORDERED** this   25th   day of April, 2011.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach
                                                       United States District Judge